## No. 905

### STATE ex GALLOWAY v. IND. COM.

No. 20018. Supreme Court

On motion to certify; Dock. July 28, 1926; 4 Abs. 525.

747. MANDAMUS—Does such a writ lie against the industrial commission to compel them to grant compensation when they denied claim as not accidental, there being no appeal from denial of occupational disease claim?

A writ of mandamus was filed in the Supreme Court by Galloway to enforce the Commission to award her compensation for her husband's death saying that commission ruled her husband's death not accidental and there being no appeal from denial of compensation

under occupational disease claim, the commission ruling that pulmonary tuberculosis is not an occupational disease.

**Attorneys**—G. H. Phelps, Findlay for State ex; C. C. Crabbe, Atty. Gen., and R. R. Zurmehly, Columbus, for Commission.